An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILIP J. TAFT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63087

**FILED**

JUN 07 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for the appointment of counsel and request for evidentiary hearing. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

Because no statute or court rule permits an appeal from an order denying the aforementioned motion and request, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16676

cc:    Hon. Valorie J. Vega, District Judge
        Philip J. Taft
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk